## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-001332-DME-CBS

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

RISING SUN MISSIONARY BAPTIST CHURCH, INC.,

    Defendant.

---

### ORDER TO COMPLY WITH COURT ORDER
### COMPELLING ARBITRATION (DOC. NO. 15)

---

The penultimate paragraph of the Court's Order Compelling Arbitration in this case, dated May 17, 2012, ordered the parties "to file status reports every six months with both this court and the Arkansas state court in which the parties' litigation is pending, beginning on January 2, 2013, and every six months thereafter."

The Court has not received the status report ordered to be filed by January 2, 2013. Accordingly,

IT IS ORDERED that both parties file a status report with this Court no later than February 1, 2013. Failure to file such status report may result in sanctions.

Dated this __17th__ day of _____January_____, 2013.

                                                      BY THE COURT:

                                                      *s/ David M. Ebel*

                                                      U. S. CIRCUIT COURT JUDGE
                                                      DISTRICT OF COLORADO