**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-001332-DME-CBS

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

RISING SUN MISSIONARY BAPTIST CHURCH, INC.,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 18).

IT IS THEREFORE ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.

Dated this   7th   day of      February     , 2013.

    BY THE COURT:

    *s/ David M. Ebel*

    U. S. CIRCUIT COURT JUDGE
    DISTRICT OF COLORADO